# EXHIBIT C

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:18-cv-10227-LTS

Schawbel Technologies LLC v. The Heat Factory USA, Inc.
Assigned to: District Judge Leo T. Sorokin
Cause: 35:271 Patent Infringement

Date Filed: 02/06/2018
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Schawbel Technologies LLC**  represented by  **Anthony R. Leone**
Murtha Cullina LLP
99 High Street
20th Floor
Boston, MA 02116
617-457-4117
Email: aleone@murthalaw.com
*ATTORNEY TO BE NOTICED*

**Michael P. Connolly**
Murtha Cullina LLP
20th Floor
99 High Street
Boston, MA 02110
617-457-4000
Fax: 617-482-3868
Email: mconnolly@murthalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Heat Factory USA, Inc.**  represented by  **Lawrence S. Delaney**
Demeo LLP
200 State Street
Boston, MA 02109
617-263-2600
Fax: 617-263-2300
Email: ldelaney@jdemeo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina M. Puls**
Demeo LLP
200 State Street
Boston, MA 02109
617-263-2600
Email: gpuls@demeollp.com
*ATTORNEY TO BE NOTICED*

Exhibit C, Page 1150

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2018 | 1 | COMPLAINT against The Heat Factory USA, Inc. Filing fee: $ 400, receipt number 0101-6996712 (Fee Status: Filing Fee paid), filed by Schawbel Technologies LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form, # 3 AO 120, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23)(Leone, Anthony) (Refiled #3 as a separate entry) Modified on 2/6/2018 (McDonagh, Christina). (Entered: 02/06/2018) |
| 02/06/2018 | 2 | NOTICE of Appearance by Michael P. Connolly on behalf of Schawbel Technologies LLC (Connolly, Michael) (Entered: 02/06/2018) |
| 02/06/2018 | 3 | REPORT ON THE FILING/TERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK. (McDonagh, Christina) (Entered: 02/06/2018) |
| 02/06/2018 | 4 | Notice of correction to docket made by Court staff. Correction: #3 AO 120 corrected because: Should be filed as it's own docket entry. (McDonagh, Christina) (Entered: 02/06/2018) |
| 02/06/2018 | 5 | ELECTRONIC NOTICE of Case Assignment. District Judge Leo T. Sorokin assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Pacho, Arnold) (Entered: 02/06/2018) |
| 02/06/2018 | 6 | Summons Issued as to The Heat Factory USA, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (McDonagh, Christina) (Entered: 02/06/2018) |
| 02/06/2018 | 7 | Set Deadlines: Complete service by 5/7/2018. (Montes, Mariliz) (Entered: 02/06/2018) |
| 02/09/2018 | 8 | SUMMONS Returned Executed The Heat Factory USA, Inc. served on 2/6/2018, answer due 2/27/2018. (Leone, Anthony) (Entered: 02/09/2018) |
| 03/12/2018 | 9 | ANSWER to Complaint by The Heat Factory USA, Inc..(Delaney, Lawrence) (Entered: 03/12/2018) |
| 03/12/2018 | 10 | CORPORATE DISCLOSURE STATEMENT by The Heat Factory USA, Inc.. (Delaney, Lawrence) (Entered: 03/12/2018) |
| 03/15/2018 | 11 | NOTICE of Scheduling Conference; A Scheduling Conference has been set for 4/10/2018 03:00 PM in Courtroom 13 before District Judge Leo T. Sorokin. (Attachments: # 1 scheduling order sample, # 2 standing order re summary judgment)(Simeone, Maria) (Entered: 03/15/2018) |
| 03/15/2018 | 12 | NOTICE of Appearance by Gina M. Puls on behalf of The Heat Factory USA, Inc. (Puls, Gina) (Entered: 03/15/2018) |
| 03/30/2018 | 13 | Joint MOTION to Continue Initial Scheduling Conference to May 1, 2018 *with Certificate of Service* by Schawbel Technologies LLC.(Leone, Anthony) (Entered: 03/30/2018) |
| 04/02/2018 | 14 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 13 Joint Motion to Continue Initial Scheduling Conference. The Scheduling Conference currently scheduled for 4/10/2018, is reset to 5/2/2018 at 03:00 PM in Courtroom 13 before District |

Exhibit C, Page 1151

| | | |
|---|---|---|
| | | Judge Leo T. Sorokin. Joint Statement due by 4/24/2018. (Montes, Mariliz) Modified on 4/2/2018 to add deadline. NEF Regenerated. (Montes, Mariliz). (Entered: 04/02/2018) |
| 04/24/2018 | 15 | MOTION to Continue Joint Motion to Continue Initial Scheduling Conference to 5/23/2018 *with certificate of service* by Schawbel Technologies LLC.(Leone, Anthony) (Entered: 04/24/2018) |
| 04/25/2018 | 16 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 15 Joint Motion to Continue Initial Scheduling Conference. The Scheduling Conference currently scheduled for 5/2/2018, is reset for 5/23/2018 at 03:30 PM in Courtroom 13 before District Judge Leo T. Sorokin. (Montes, Mariliz) (Entered: 04/25/2018) |
| 04/25/2018 | 17 | Reset Hearings: The Scheduling Conference set for 5/23/2018 will be held at 03:00 PM in Courtroom 13 before District Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 04/25/2018) |
| 05/18/2018 | 18 | JOINT STATEMENT re scheduling conference *with Certificate of Service*. (Connolly, Michael) (Entered: 05/18/2018) |
| 05/22/2018 | 19 | CERTIFICATION pursuant to Local Rule 16.1 *by The Heat Factory USA, Inc.* (Delaney, Lawrence) (Entered: 05/22/2018) |
| 05/23/2018 | 20 | CERTIFICATION pursuant to Local Rule 16.1 . (Connolly, Michael) (Entered: 05/23/2018) |
| 05/23/2018 | 21 | Electronic Clerk's Notes for proceedings held before District Judge Leo T. Sorokin: Scheduling Conference held on 5/23/2018;Counsel state the status of the case. Counsel discuss the licensing agreement, the state case in California, and where the case is litigated. Defense counsel intends to file a motion to dismiss regarding venue. Counsel discuss damages, experts and summary judgment. Counsel anticipate summary judgment and possibly experts on the damages phase. The court finds the schedule reasonable and adopts the schedule with the exception of the summary judgment deadline which will be determined. Initial disclosures by 6/22/18. Amendments by 7/6/18. Fact discovery by 12/14/18. A status conference has been set for 1/14/19 at 3:00pm. Counsel shall be prepared to discuss mediation and trial. (Court Reporter: Kathleen Silva at kathysilva@verizon.net.) (Simeone, Maria) (Entered: 05/24/2018) |
| 05/23/2018 | 22 | District Judge Leo T. Sorokin: SCHEDULING ORDER entered: Amended Pleadings due by 7/6/2018. Discovery to be completed by 12/14/2018. Status conference 1/14/19 at 3:00pm.(Simeone, Maria) (Entered: 05/24/2018) |
| 07/13/2018 | 23 | MOTION to Withdraw as Attorney by The Heat Factory USA, Inc..(Delaney, Lawrence) (Entered: 07/13/2018) |
| 07/13/2018 | 24 | ELECTRONIC NOTICE Setting Hearing on Motion: The Court will hold a Motion Hearing on 23 MOTION to Withdraw as Attorney on 7/23/2018 at 03:00 PM in Courtroom 13 before District Judge Leo T. Sorokin. Counsel for both parties shall appear. In addition, Heat Factory's CEO David Treptow shall appear in person at the hearing. Defense counsel shall notify Mr. Treptow of the Court's Order both orally and in writing. If successor counsel files a notice of appearance on behalf of Heat Factory, the Court will entertain a motion to cancel the hearing, however, counsel and Mr. Treptow shall appear unless the Court has issued an order cancelling the hearing.(Montes, Mariliz) (Entered: 07/13/2018) |
| 07/18/2018 | 25 | MOTION to Compel *Response to First Set of Interrogatories and First Request for Production of Documents by The Heat Factory USA, Inc.* by Schawbel Technologies LLC. (Leone, Anthony) (Entered: 07/18/2018) |

Exhibit C, Page 1152

| | | |
|---|---|---|
| 07/18/2018 | 26 | MEMORANDUM in Support re 25 MOTION to Compel *Response to First Set of Interrogatories and First Request for Production of Documents by The Heat Factory USA, Inc.* filed by Schawbel Technologies LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Leone, Anthony) (Entered: 07/18/2018) |
| 07/19/2018 | 27 | STATUS REPORT *Regarding Motion for Leave to Withdraw as Counsel* by The Heat Factory USA, Inc.. (Delaney, Lawrence) (Entered: 07/19/2018) |
| 07/20/2018 | 28 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered. In light of 27 Status Report, the 23 MOTION to Withdraw as Attorney is TERMINATED AS WITHDRAWN and the status conference schedule for July 23, 2018 is CANCELLED as no longer necessary.(Montes, Mariliz) (Entered: 07/20/2018) |
| 07/25/2018 | 29 | Transcript of Scheduling Conference held on May 23, 2018, before Judge Leo T. Sorokin. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kathleen Silva at kathysilva@verizon.net Redaction Request due 8/15/2018. Redacted Transcript Deadline set for 8/27/2018. Release of Transcript Restriction set for 10/23/2018. (Scalfani, Deborah) (Entered: 07/25/2018) |
| 07/25/2018 | 30 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 07/25/2018) |
| 08/01/2018 | 31 | Opposition re 25 MOTION to Compel *Response to First Set of Interrogatories and First Request for Production of Documents by The Heat Factory USA, Inc.* filed by The Heat Factory USA, Inc.. (Delaney, Lawrence) (Entered: 08/01/2018) |
| 08/03/2018 | 32 | MOTION for Leave to File by Schawbel Technologies LLC.(Leone, Anthony) (Entered: 08/03/2018) |
| 08/06/2018 | 33 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered.<br><br>The 32 Motion for Leave to File Reply Brief is ALLOWED ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. The Plaintiff may file a reply brief, limited to 5 pages, on or before August 10, 2018. To the extent the motion for leave to file seeks an immediate ruling allowing the underlying Motion to Compel, it is DENIED. The Court will resolve the motion to compel after receiving and considering the reply brief. (Montes, Mariliz) (Entered: 08/06/2018) |
| 08/06/2018 | 34 | Set Deadlines as to 25 MOTION to Compel *Response to First Set of Interrogatories and First Request for Production of Documents by The Heat Factory USA, Inc.* Replies due by 8/10/2018. (Montes, Mariliz) (Entered: 08/06/2018) |
| 08/06/2018 | 35 | REPLY to Response to 25 MOTION to Compel *Response to First Set of Interrogatories and First Request for Production of Documents by The Heat Factory USA, Inc.* filed by Schawbel Technologies LLC. (Attachments: # 1 Exhibit A)(Leone, Anthony) (Entered: 08/06/2018) |
| 08/13/2018 | 36 | MOTION to Dismiss *Transfer or Stay* by The Heat Factory USA, Inc..(Delaney, Lawrence) (Entered: 08/13/2018) |
| 08/13/2018 | 37 | MEMORANDUM in Support re 36 MOTION to Dismiss *Transfer or Stay* filed by The Heat Factory USA, Inc.. (Delaney, Lawrence) (Entered: 08/13/2018) |

Exhibit C, Page 1153

| 08/13/2018 | 38 | DECLARATION re 36 MOTION to Dismiss *Transfer or Stay by Thomas N. Fay* by The Heat Factory USA, Inc.. (Attachments: # 1 Exhibit A - California Complaint, # 2 Exhibit B - Motion-Memo in CA Action, # 3 Exhibit C - Opposition in CA Action, # 4 Exhibit D - Reply in CA Action, # 5 Exhibit E - Order in CA Action)(Delaney, Lawrence) (Entered: 08/13/2018) |
|---|---|---|
| 08/13/2018 | 39 | DECLARATION re 36 MOTION to Dismiss *Transfer or Stay by David Treptow* by The Heat Factory USA, Inc.. (Delaney, Lawrence) (Entered: 08/13/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/20/2018 14:36:23 | | | |
| PACER Login: | AllenMatkins1:5488803:4406104 | Client Code: | 999903-14000 2334 |
| Description: | Docket Report | Search Criteria: | 1:18-cv-10227-LTS |
| Billable Pages: | 4 | Cost: | 0.40 |

Exhibit C, Page 1154