# EXHIBIT D

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
TIMOTHY M. HUTTER (BAR NO. 267949)
DAVID E. ARON (BAR NO. 306419)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: thutter@allenmatkins.com
        daron@allenmatkins.com

Attorneys for Defendant and Cross-Complainant
SCHAWBEL TECHNOLOGIES LLC,
a Massachusetts limited liability company

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## NORTH COUNTY DIVISION

| | |
|---|---|
| HEAT FACTORY USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCHAWBEL TECHNOLOGIES, LLC, a Massachusetts limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No. 37-2018-00002727-CU-BC-NC<br><br>Judge Ronald F. Frazier<br>Department N-29<br><br>Complaint Filed January 18, 2018<br><br>**NOTICE TO SUPERIOR COURT AND ADVERSE PARTY**<br><br>**IMAGED FILE**<br><br>TRIAL:      February 8, 2019 |
| SCHAWBEL TECHNOLOGIES LLC, a Massachusetts limited liability company,<br><br>Cross-Complainant,<br><br>v.<br><br>HEAT FACTORY USA, INC., a California corporation; and<br>ROES 1 through 20, inclusive,<br><br>Cross-Defendants. | |

TO THE CLERK OF THE COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE THAT a Notice of Removal of Action was filed in the United States District Court for the Southern District of California on August 20, 2018. A copy of the said Notice of Removal is attached to this Notice as Exhibit "1" and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of that Notice of Removal with the Clerk of this Court, effects a complete removal of this action to the United States District Court.

Dated: August 20, 2018

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
TIMOTHY M. HUTTER
DAVID E. ARON
Attorneys for Defendant and Cross-Complainant SCHAWBEL TECHNOLOGIES LLC, a Massachusetts limited liability company

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

874673.01/SD

-2-

Exhibit D, Page 1157

NOTICE TO SUPERIOR COURT AND ADVERSE PARTY