UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT FACTORY USA, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>SCHAWBEL TECHNOLOGIES, LLC., et al.,<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 18cv1941-WQH(MSB)<br><br>**ORDER SETTING TELEPHONIC SETTLEMENT CONFERENCE** |

  An Early Neutral Evaluation Conference was held on December 12, 2018. The Court sets a telephonic Settlement Conference for **December 19, 2018**, at **10:30 a.m. with all parties and counsel** who appeared at the December 12, 2018 Early Neutral Evaluation Conference. Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

  **IT IS SO ORDERED.**

Dated:  December 13, 2018

                     Honorable Michael S. Berg
                     United States Magistrate Judge