EDWARD G. FATES (BAR NO. 227809)
TIMOTHY M. HUTTER (BAR NO. 267949)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com
        thutter@allenmatkins.com

Attorneys for Defendant and Cross-Complainant
SCHAWBEL TECHNOLOGIES LLC,
a Massachusetts limited liability company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT FACTORY USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCHAWBEL TECHNOLOGIES, LLC, a Massachusetts limited liability company,<br><br>Defendant. | Case No. 18-CV-01941-WQH (MSB)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| SCHAWBEL TECHNOLOGIES LLC, a Massachusetts limited liability company,<br><br>Cross-Complainant,<br><br>v.<br><br>HEAT FACTORY USA, INC., a California corporation,<br><br>Cross-Defendant. | DATE: February 19, 2019<br>CTRM: 14B (14th Fl., Suite 1480)<br>JUDGE: William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on February 19, 2019, in Courtroom 14B of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California 92101, Schawbel Technologies, LLC ("Schawbel), will, and hereby does, move this Court for an Order for Preliminary Injunction ("Motion").

This Motion is based upon this notice, the accompanying Memorandum of Points and Authorities and Declaration of William Schawbel, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

**Procedural Requirements:** If you oppose the Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court, Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101, and serve the same on the undersigned no later than 14 calendar days prior to the hearing date. An opposing party's failure to file an opposition to any motion may be construed as consent to the granting of the motion pursuant to Civil Local Rule 7.1(f)(3)(c).

Dated: January 15, 2019

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


By:  *s/Timothy M. Hutter*
EDWARD G. FATES
TIMOTHY M. HUTTER
Attorneys for Defendant and Cross-Complainant SCHAWBEL TECHNOLOGIES LLC,
a Massachusetts limited liability company
Email:  thutter@allenmatkins.com