UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT FACTORY USA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHAWBEL TECHNOLOGIES, LLC, a Massachusetts limited liability company,<br><br>　　　　Defendant.<br><br>SCHAWBEL TECHNOLOGIES LLC, a Massachusetts limited liability company,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>HEAT FACTORY USA, INC., a California corporation,<br><br>　　　　Counter-Defendant. | Case No. 18-cv-1941-WQH-MSB<br><br>**PRELIMINARY INJUNCTION ORDER** |

Schawbel Technologies LLC's Motion for Preliminary Injunction having been reviewed and considered by this Court, and for good cause appearing therefore as set forth in the Court's Order dated April 23, 2019 (ECF No. 24), the Court finds as follows:

1. The Motion is granted in part and denied in part;

2. Effective as of April 23, 2019, Heat Factory was and is enjoined from further manufacture of products utilizing the patents at issue in this action. Heat Factory is not permitted to sell any products that were not completed as of April 23, 2019, nor to continue the manufacture of products that were in progress as of that date, begun after that date, or are otherwise presently in production.

3. Subject to resolution of Schawbel's claims for declaratory relief regarding termination of the License Agreement and patent infringement, Heat Factory is permitted to sell finished products that were fully-assembled and ready for sale, to wholesalers or directly to customers, as of April 23, 2019, including the inventory that Heat Factory acquired from Schawbel Technologies pursuant to the Asset Purchase Agreement.

4. Schawbel shall file proof that it has obtained a bond in the amount of $25,000 within ten days of the entry of this Order.

Dated: May 9, 2019

Hon. William Q. Hayes
United States District Court